UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| United States of America, | Criminal No. 22-cr-213 (KMM/LIB) |
| Plaintiff, | |
| v. | ORDER |
| Chad Lawrence Peterson (3), | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to the Due Process Protections Act, Pub. L. No. 116-182, the Court reminds the United States of its obligation to disclose to the Defendant all exculpatory evidence – that is, evidence which favors the Defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

DATED: September 12, 2022           s/Leo I. Brisbois
                                    Hon. Leo I. Brisbois
                                    U.S. MAGISTRATE JUDGE